UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re                                                                                  No. C-13-1277 EMC (pr)

PHILIP M. GORDON,

        Plaintiff.                            **ORDER OF DISMISSAL**
_____/

       This action was opened on March 21, 2013, when the Court received from Philip M. Gordon a letter about the conditions of confinement at the California Men's Colony in San Luis Obispo. On that date, the Court notified Mr. Gordon in writing that his action was deficient in that he had not attached a complaint and had not filed an *in forma pauperis* application. The Court further notified him that this action would be dismissed if he did not submit a complaint and *in forma pauperis* application within twenty-eight days. Mr. Gordon did not file a complaint or an *in forma pauperis* application, and the deadline by which to do so has passed. Accordingly, this action is **DISMISSED** without prejudice for failure to submit a pleading showing the Court has subject matter jurisdiction. The Clerk shall close the file. No filing fee is due.

       IT IS SO ORDERED.

Dated: September 9, 2013

                                                                     _____
                                                                     EDWARD M. CHEN
                                                                     United States District Judge